# O'KELLY ERNST & BIELLI, LLC

Sean T. O'Kelly, Esquire
SOKelly@oeblegal.com

901 N. Market Street
Suite 1000
Wilmington, DE 19801
Phone: (302) 778-4000
Fax: (302) 295-2873

May 7, 2013

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3556

    Re:    *Princeton Digital Image Corporation v. Konami Digital Entertainment, Inc; Harmonic Music Systems, Inc.; and Electronic Arts, Inc.* C.A. No. 12-1461 (LPS)

Dear Judge Stark:

    I represent Plaintiff Princeton Digital Image Corporation ("Princeton") in the above-referenced matter. With leave of court, Princeton filed its Second Amended Complaint on March 1, 2013. Each Defendant filed its Answer to the Second Amended Complaint on March 18, 2013. Accordingly, Princeton submits that all parties have answered and the case is ripe for a Rule 16 conference at the Court's convenience.

    Counsel is available should Your Honor have any questions or comments.

Respectfully,

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (No. 4349)

cc:    File Copy
        Jack B. Blumenfeld, Esq.
        Rodger D. Smith II, Esq.