IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 12-1461 (LPS) (CJB) |
| v. | ) ) |
| KONAMI DIGITAL ENTERTAINMENT INC, HARMONIX MUSIC SYSTEMS, INC. and ELECTRONIC ARTS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## HARMONIX MUSIC SYSTEMS, INC.'S
## MOTION TO STAY PENDING *INTER PARTES* REVIEW

Defendant Harmonix Music Systems moves to stay this litigation pending resolution of an *Inter Partes* Review ("IPR") of the only asserted patent in this case, U.S. Patent No. 5,513,129 ("the '129 patent"). The grounds for this motion are set forth in Harmonix's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant Harmonix Music Systems, Inc.*

OF COUNSEL:

Patrick J. Coyne
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

Linda J. Thayer
Christopher S. Schultz
Rachel L. Emsley
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
Two Seaport Lane
Boston, MA  02210
(617) 646-1600

December 3, 2013
7821044.1

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that counsel for defendant has raised the subject of the foregoing motion with counsel for plaintiff and counsel for plaintiff has not indicated whether it will oppose the motion.

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 3, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Sean T. O'Kelly, Esquire<br>O'KELLY ERNST & BIELLI, LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff Princeton Digital Image Corporation* | *VIA ELECTRONIC MAIL* |
| Jeffrey L. Kaplan, Esquire<br>Keith Giovannoli, Esquire<br>KAPLAN BREYER SCHWARTZ & OTTESEN, LLP<br>100 Commons Way, Suite 250<br>Holmdel, NJ 07733<br>*Attorneys for Plaintiff Princeton Digital Image Corporation* | *VIA ELECTRONIC MAIL* |
| Wendy J. Ray, Esquire<br>Benjamin J. Fox, Esquire<br>MORRISON & FOESTER LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013-1024<br>*Attorneys for Defendant Konami Digital Entertainment, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)