IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KONAMI DIGITAL ENTERTAINMENT INC., HARMONIX MUSIC SYSTEMS, INC. and ELECTRONIC ARTS, INC.,<br><br>Defendants. | C.A. No. 12-1461 (LPS) (CJB) |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UBISOFT ENTERTAINMENT SA and UBISOFT, INC.,<br><br>Defendants. | C.A. No. 13-0335 (LPS) (CJB) |

## **JOINT MOTION TO MODIFY SCHEDULE**

Plaintiff Princeton Digital Image Corporation ("PDI") and Defendants Konami Digital Entertainment, Inc. ("Konami"), Harmonix Music Systems, Inc. ("Harmonix"), Electronic Arts, Inc. ("EA"), and Ubisoft, Inc. ("Ubisoft") respectfully move this Court to amend the current Scheduling Order (D.I. 272 in Case No. 1:12-cv-01461, D.I. 189 in Case No. 1:13-cv-00335, so ordered on April 3, 2018).

In an effort to resolve a discovery dispute between PDI and Konami, Konami's Japanese affiliate, Konami Digital Entertainment Co., Ltd. ("Konami Japan"), has agreed to produce any core technical documents that it could locate related to the accused *Dance Dance Revolution*

1

series of games. Konami Japan has been working to compile the materials and intends to produce them on or before July 20, 2018. In view of the additional production, PDI's technical experts, Mr. Scott Andrews and Mr. Omid Kia, intend to supplement their expert reports on infringement relating to Konami, and Konami's technical expert, Dr. Craig Rosenberg, intends to supplement his rebuttal report.

In view of this supplementing of discovery and expert reports, and in an effort to preserve the resources of the parties and of this Court, the parties propose to extend the period for expert discovery to allow the depositions of these experts to occur after the supplementation is complete, and to adjust the schedule for case dispositive motions to occur after the close of expert discovery. The parties have scheduled expert depositions for the following dates: Dr. Chandrijit Bajaj (July 20), Mr. Todd Schoettelkotte (July 23), Mr. David Yurkerwich (July 31), Mr. Omid Kia (August 29), Mr. Scott Andrews (August 30 and 31), and Dr. Craig Rosenberg (September 5).

The parties' proposed schedule is provided in the attached Proposed Scheduling Order. The proposed schedule does not propose any change to the November 9, 2018 date for the hearing on case dispositive motions, or any dates thereafter, including the date for trial.

| O'KELLY ERNST & JOYCE, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Sean T. O'Kelly* | */s/ Rodger D. Smith II* |
| Sean T. O'Kelly (#4349) | Jack B. Blumenfeld (#1014) |
| Daniel P. Murray (#5785) | Rodger D. Smith II (#3778) |
| 901 North Market Street | Jeremy A. Tigan (#5239) |
| Suite 1000 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 778-4000 | Wilmington, DE 19899-1347 |
| sokelly@oelegal.com | (302) 658-9200 |
| dmurray@oelegal.com | jblumenfeld@mnat.com |
| | rsmith@mnat.com |
| *Attorneys for Plaintiff* | jtigan@mnat.com |
| *Princeton Digital Image Corporation* | |
| | *Attorneys for Defendants Konami Digital* |
| Dated:  July 13, 2018 | *Entertainment Inc.; Harmonix Music Systems,* |
| | *Inc.; Electronic Arts, Inc.; and Ubisoft, Inc.* |