IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>KONAMI DIGITAL ENTERTAINMENT INC., HARMONIX MUSIC SYSTEMS, INC. and ELECTRONIC ARTS, INC.,<br><br>        Defendants. | C.A. No. 12-1461 (LPS) (CJB) |
| PRINCETON DIGITAL IMAGE CORPORATION<br><br>        Plaintiff,<br><br>        v.<br><br>UBISOFT ENTERTAINMENT SA and UBISOFT, INC.,<br><br>        Defendants. | C.A. No. 13-0335 (LPS) (CJB) |

**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER**

WHEREAS, the parties have moved to modify the schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the following deadlines shall apply to the proceedings in these actions:

| Event | Current Date | Proposed Date |
|---|---|---|
| PDI supplemental expert report on infringement regarding Konami | May 31, 2018 | 28 days after Konami Japan production |
| Konami supplemental rebuttal expert report | June 29, 2018 | August 24, 2018 |
| Expert Discovery Close | July 20, 2018 | September 5, 2018 |
| Case Dispositive Motions (CDMs) | August 17, 2018 | September 21, 2018 |
| Oppositions to CDMs | September 14, 2018 | October 12, 2018 |
| Replies ISO CDMs | October 5, 2018 | October 26, 2018 |
| Hearing on CDMs | November 9, 2018 | No change |
| Conference to Discuss the Order and Scheduling of Trials | February 5, 2019 at 9:00 am | No change |
| Pretrial Conference | March 8, 2019 at 11:30 am | No change |
| Trial on First Case | April 8, 2019 at 9:30 am | No change |

DATED: _____, 2018

_____
The Honorable Christopher J. Burke
United States Magistrate Judge